THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HECTOR BRISENO | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:16-CV-08963 |
| DOOR AND WINDOW GUARD SYSTEMS, INC. and JAMES HEAGNEY, | ) ) ) Hon. John Robert Blakey |
| Defendants. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

1. This case is dismissed without prejudice with leave to reinstate on or before March 27, 2017.

2. In the event a motion to reinstate is not filed on or before March 27, 2017, the case shall be deemed dismissed with prejudice without further order of the Court.

3. Each party shall bear its own attorney's fees and costs.

Dated: March 16, 2017

Respectfully submitted,

By: s/ Raisa Alicea
One of the Attorneys for Plaintiff

Raisa Alicea
Consumer Law Group, LLC
6232 North Pulaski, Ste. 200
Chicago, Illinois 60646
(312) 800-1017
ralicea@yourclg.com

By: s/ Laura D. Waller
One of the Attorneys for Defendants

Julie L. Gottshall
Laura D. Waller
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
(312) 902-5200
Julie.gottshall@kattenlaw.com
Laura.waller@kattenlaw.com